UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOHN L. MOORE, JR. (#410590)

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 15-812-JJB-EWD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Erin Wilder-Doomes. dated July 25, 2017 (doc. no. 34). The plaintiff has filed an objection which lacks merit and has been duly considered.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims. Further, the Motion to Dismiss of Defendant Tim Delany (Doc. No. 30) is GRANTED, dismissing Plaintiff's claims asserted against this Defendant, with prejudice, and this action is DISMISSED.

Signed in Baton Rouge, Louisiana, on August 14, 2017.

**JUDGE JAMES J. BRADY
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**